FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 28  PM 3: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DODIYI J. WILLIAMWEST | CIVIL ACTION |
| VERSUS | NO. 07-977 |
| MORGAN BUILDING & SPAS, INC., ET AL | SECTION: L |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's Motion in Opposition to Magistrates Recommendation for Bias and Prejudice, hereby approves the Report and Recommendation and adopts it as its opinion herein.

New Orleans, Louisiana, this 26th day of March, 2007.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____